# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**BARRY SMITH, SR.,**

        Plaintiff,

V.          CASE NUMBER: **08-C-262**

**UNITED STATES OF AMERICA and STATE OF WISCONSIN,**

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's petition to proceed** *in forma pauperis* **is DENIED.**

**This action is hereby DISMISSED in its entirety.**

| | |
|---|---|
| **April 2, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |